# WHITTELSEY, WHITTELSEY, POOLE & CORLEY, P.C.
ATTORNEYS AT LAW
600 Avenue A
Post Office Box 106
Opelika, Alabama 36803-0106
Telephone (334) 745-7766
Facsimile. (334) 745-7666

Davis B. Whittelsey                                               C. S. Whittelsey**
Robert G. Poole*
Jonathan K. Corley

* ALSO ADMITTED IN MISSISSIPPI
** RETIRED

March 24, 2014

**VIA CERTIFIED MAIL**

Fidelity & Deposit Company of Maryland
c/o Zurich, Contract Surety Bond Claims
1400 American Lane
Schaumburg, Illinois 60196

Travelers Casualty & Surety Company of America
One Tower Square
Hartford, Connecticut 06183

Re:   *Pro Lawns, Inc. v. W.G. Yates & Sons Construction Company*
      F & D Bond No.: PRF9045595
      Travelers Bond No.: 105733590

To Whom It May Concern:

This law firm represents Pro Lawns, Inc. ("Pro Lawns") regarding its claims against the above-referenced bonds. This letter is to inform you that Pro Lawns performed labor and furnished material to the South Donahue Residence Hall and Parking Facilities (Package 1-A) for Auburn University (Project No. 10-217) (hereinafter, the "Project") pursuant to a subcontract with W.G. Yates & Sons Construction Company ("Yates").

Pro Lawns completed its work on the Project and has requested payment; however, to date, your principal, Yates, has failed or refused to render payment to Pro Lawns. The amount owing Pro Lawns by Yates is $183,287.16. This amount has been due and owing since Pro Lawns' pay request of November 19, 2013.

Based on the foregoing, Pro Lawns hereby makes a claim against the above-referenced bonds for the Project in the amount of $183,287.16. In the event that this claim is not satisfied within 45 days from your receipt of this demand, Pro Lawns will commence an action against the bonds.

Fidelity & Deposit Company of Maryland
Travelers Casualty & Surety Company
March 24, 2014
Page 2

**EXHIBIT A**

---

I look forward to and expect your prompt attention to this matter. Please advise.

Sincerely,

WHITTELSEY, WHITTELSEY, POOLE & CORLEY, P.C.

*[signature]*

Jonathan K. Corley

cc: Thomas J. Gentile
Alabama Resident Agent for Surety
2601 Bell Road
Montgomery, Alabama 36117