**EXHIBIT B**



**ZURICH**

Zurich
Surety & Financial Claims
P. O. Box 968033
Schaumburg, IL 60196

May 16, 2014

E-MAIL & MAIL                                        jcorley@wwp-law.com
Jonathan K. Corley
Whittelsey, Whittelsey, Poole & Corley, P.C.
P.O. Box 106
Opelika, AL 36803-0106

Re:  Claim No.:        638 0064285
     Bond No.:         PRF 9045595
     Principal:        W.G. Yates & Sons Construction Company
     Obligee:          Auburn University
     Project:          Auburn University South Donahue Residence Hall &
                       Parking Facilities
     Claimant:         Pro Lawns, Inc.
     Claimed Amount:   $183,287.16

Dear Mr. Corley:

As you know, pursuant to a separate Co-Surety Agreement, Fidelity and Deposit Company of Maryland ("F&D") is the Lead Surety and is responsible for investigating this claim on behalf of itself and Travelers Casualty & Surety Company of America (collectively, the "Sureties") and for responding to this claim on the Sureties' behalf.

For the following reasons, the Sureties decline to make payment for the claim asserted by Pro Lawns, Inc. ("Pro Lawns").

A provision in the subcontract between W.G. Yates & Sons Construction ("Yates"), Article XII Changes, provides that no payment is due Pro Lawns unless Pro Lawns has received a written change order or directive signed by Yates' authorized representative. According to Article XII, this is true even if Pro Lawns received verbal direction from Yates or the owner. (There has been no indication that any verbal directions were given.)

Part of the claim consists of change orders totaling $37,906. None of the change orders submitted in support of the claim are signed. No documents were received for the $15,085.00 change order for "Topsoil in Court Yard and North side".

● Page 2                                                                                          May 16, 2014

Another part of the claim consists of three invoices and a "Storage and Care Statement" totaling $25,803.16. No other documentation to support this part of the claim was submitted.

Article V of the subcontract, entitled Breach, Default, Supplementation, and Termination, allows for supplementation of Pro Lawns' work by Yates. Yates supplemented Pro Lawns' performance and has asserted two back charges totaling $87,763.43 for the supplementation. Additionally, Yates declined to make any future payments for what Yates considered to be continuing unsatisfactory job progress and deficient work, as well as outstanding punch list items, which will increase Yates' back charges to Pro Lawns.

Clearly, a dispute exists between Pro Lawns and Yates. It is not the role of the Sureties to resolve legitimate disputes. Therefore, as stated previously, the Sureties decline to make payment for your claim.

If you have documentation that you believe would alter the Sureties' determination regarding Pro Lawns' claim, please forward it for my review.

Please be advised that our actions are taken for the purposes of investigation only. Nothing stated or unstated in this or any other correspondence is intended or should be construed as an acknowledgement of liability regarding this matter or as a waiver of any defense, known or unknown, which the Sureties and/or Yates may have with regard thereto, which defenses are hereby specifically reserved.

Yours truly,
Fidelity and Deposit Company of Maryland

*Lawrence E. Kriss*

Lawrence E. Kriss
Claims Counsel
Phone: 800-654-5155 x7
Fax:   800-329-6105
larry.kriss@zurichna.com

cc:   W.G. Yates & Sons Construction Co., Inc. via email
      Travelers Casualty & Surety Co. via email
      Philadelphia Security Insurance via email
      Sam Kent via email