```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602032150
Cashier ID: khaynes
Transaction Date: 06/03/2014
Payer Name: WHITTELSEY WHITTELSEY POOLE
----------------------------------
CIVIL FILING FEE
 For: WHITTELSEY WHITTELSEY POOLE
 Case/Party: D-ALM-3-14-CV-000408-001
 Amount:         $400.00
----------------------------------
CHECK
 Check/Money Order Num: 12086
 Amt Tendered: $400.00
----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00
```

3:14-cv-00408-WC

Pro Lawns, Inc. v. Fidelity and
Deposit Company of Maryland et al